1

2 Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
3 700 Broadway
New York, New York 10003
4 Telephone: 212-558-5000
Facsimile: 212-344-5461
5 Attorneys for Plaintiffs

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | This Document Relates to:                              )
                                                          )
13 | *Grant Kiser v. Pfizer Inc, et al.*                    )   **MDL NO. 1699**
     (06-6118 CRB)                                         )   **District Judge:  Charles R. Breyer**
14                                                         )
     *Connie Friedman-May, et al. v. Pfizer Inc, et*       )
15   *al.*                                                 )
     (06-6119 CRB)                                         )
16                                                         )   **STIPULATION AND ORDER OF**
     *Noralynn Roman, et al. v. Pfizer Inc, et al.*        )   **DISMISSAL WITH PREJUDICE**
17   (06-6120 CRB)                                         )
                                                          )
18 | *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.*   )
     (06-6121 CRB)                                         )
19                                                         )
     *Robert McCarrell v. Pfizer Inc, et al.*              )
20   (06-6124 CRB)                                         )
                                                          )
21 | *Doris Hocker v. Pfizer Inc, et al.*                   )
     (06-6129 CRB)                                         )
22                                                         )
     *Patricia Rogers v. Pfizer Inc, et al.*               )
23   (06-6130 CRB)                                         )
                                                          )
24 | *Robert Bates, et al. v. Pfizer Inc, et al.*           )
     (06-6131 CRB)                                         )
25                                                         )
     *Patrick Lynch v. Pfizer Inc, et al.*                 )
26   (06-6132 CRB)                                         )
                                                          )
27 | *Christine Sullivan, et al. v. Pfizer Inc, et al.*     )
     (06-6157 CRB)                                         )
28                                                         )

                                   -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2584625.1

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* ) |
| | (06-6158 CRB) ) |
| 2 | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* ) |
| | (06-6161 CRB) ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* ) |
| | (06-6165 CRB) ) |
| 5 | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* ) |
| | (06-6166 CRB) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* ) |
| | (06-6168 CRB) ) |
| 8 | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* ) |
| | (06-6169 CRB) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* ) |
| | (06-6171 CRB) ) |
| 11 | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* ) |
| | (06-6173 CRB) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* ) |
| | (06-6180 CRB) ) |
| 14 | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* ) |
| | (06-6186 CRB) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* ) |
| | (06-6190 CRB) ) |
| 17 | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* ) |
| | (06-6091 CRB) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* ) |
| | (06-6194 CRB) ) |
| 20 | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* ) |
| | (06-6195 CRB) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* ) |
| | (06-6196 CRB) ) |
| 23 | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* ) |
| | (06-6197 CRB) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* ) |
| | (06-6198 CRB) ) |
| 26 | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* ) |
| | (06-6199 CRB) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1

| | | |
|---|---|---|
| 1 | (06-6200 CRB) | ) |
| 2 | *Louis Pratt v. Pfizer Inc, et al.*<br>(06-6201 CRB) | ) |
| 3 | | ) |
| 4 | *Paul Madison v. Pfizer Inc, et al.*<br>(06-6202 CRB) | ) |
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.*<br>(06-6203 CRB) | ) |
| 6 | | ) |
| 7 | *Walter Johnston v. Pfizer Inc, et al.*<br>(06-6204 CRB) | ) |
| 8 | *Murry McEwen v. Pfizer Inc, et al.*<br>(06-6205 CRB) | ) |
| 9 | | ) |
| 10 | *Charles Grififn, et al. v. Pfizer, Inc, et al.*<br>(06-6206 CRB) | ) |
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.*<br>(06-6207 CRB) | ) |
| 12 | | ) |
| 13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.*<br>(06-6208 CRB) | ) |
| 14 | *Rex McDonald v. Pfizer Inc, et al.*<br>(06-6210 CRB) | ) |
| 15 | | ) |
| 16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*<br>(06-6211 CRB) | ) |
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.*<br>(06-6212 CRB) | ) |
| 18 | | ) |
| 19 | *Joy Glenn, et al. v. Pfizer Inc, et al.*<br>(06-6213 CRB) | ) |
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.*<br>(06-6283 CRB) | ) |
| 21 | | ) |
| 22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.*<br>(06-7201 CRB) | ) |
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.*<br>(06-7202 CRB) | ) |
| 24 | | ) |
| 25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.*<br>(06-7203 CRB) | ) |
| 26 | *Patricia Stevens v. Pfizer Inc, et al.*<br>(06-7204 CRB) | ) |
| 27 | | ) |
| 28 | *Robert Jennings, et al. v. Pfizer Inc, et al.*<br>(06-7205 CRB) | ) |

-3-

EAST\42584625.1

1
2  *Alice Richardson, et al. v. Pfizer Inc, et al.*
   (06-7206 CRB)

3  *Steve Pardikes v. Pfizer Inc, et al.*
   (06-7306 CRB)
4
5  *Rosalyn Chute v. Pfizer Inc, et al.*
   (06-7381 CRB)

6  *Carolyn Carter v. Pfizer Inc, et al.*
   (06-7570 CRB)
7
8  *Margoth Gonzalez v. Pfizer Inc, et al.*
   (06-7571 CRB)

9  *Albert Blossom, et al. v. Pfizer Inc, et al.*
   (06-7676 CRB)
10
11 *Viola Porter v. Pfizer Inc, et al.*
   (06-7882 CRB)

12 *Tami McKibben, et al. v. Pfizer Inc, et al.*
   (06-7883 CRB)
13
14 *Joyce Matson, et al. v. Pfizer Inc, et al.*
   (06-7958 CRB)

15 *Michael Gatz, v. Pfizer Inc, et al.*
   (06-7959 CRB)
16
17 *Shamela Carr v. Pfizer Inc, et al.*
   (07-0022 CRB)

18 *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
   (07-0023 CRB)
19
20 *Debi Sweet v. Pfizer Inc, et al.*
   (07-0231 CRB)

21 *Clarence Bridges v. Pfizer Inc, et al.*
   (07-0413 CRB)
22
23 *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
   (07-0611 CRB)

24 *Jeffrey Howard, et al. v. Pfizer Inc, et al.*
   (07-0816 CRB)
25
26 *Brenda Brunson, et al. v. Pfizer Inc, et al.*
   (07-1280 CRB)

27 *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
   (07-1353 CRB)
28

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* )<br>(07-1432 CRB) ) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* )<br>(07-1570 CRB) ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* )<br>(06-6815 CRB) ) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* )<br>(07-1991 CRB) ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* )<br>(07-1992 CRB) ) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* )<br>(07-2630 CRB) ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* )<br>(07-2690 CRB) ) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* )<br>(07-2691 CRB) ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* )<br>(07-2692 CRB) ) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* )<br>(07-3284 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

1

DATED: _10-29_ 2009    By: _____

2

3              **WEITZ & LUXENBERG, PC**
               700 Broadway
4              New York, New York 10003
               Telephone: 212-558-5000
5              Facsimile: 212-344-5461

6              *Attorneys for Plaintiffs*

DATED: Nov. 2, 2009    By: _____
7

8              **DLA PIPER LLP (US)**
               1251 Avenue of the Americas
9              New York, New York 10020
               Telephone: 212-335-4500
10             Facsimile: 212-335-4501

11             *Defendants' Liaison Counsel*

12

13

14   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**
15

16

     Dated: **NOV 1 3 2009**
17
               Hon. Charles R. Breyer
18             United States District Court

19

20

21

22

23

24

25

26

27

28

-6-

PFZR/1035934/1132369v.1

EAST\2584625.1